| DWI Prob 22 (Rev 05/17) | | DOCKET NUMBER (Trans. Court) |
|---|---|---|
| | TRANSFER OF JURISDICTION | 0757 2:14CR00235 - 1 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 17-cr-285-RSL |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Ryan Johnson Bagley | Eastern District of Wisconsin | Milwaukee |

| NAME OF SENTENCING JUDGE |
|---|
| U.S. District Judge Pepper |

| DATES OF PROBATION /SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 12/07/2016 | 12/06/2019 |

**OFFENSE**

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA

**PART 1 - ORDER TRANSFERRRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Western District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Oct. 12, 2017
Date

Pamela Pepper
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov. 21, 2017
Effective Date

MMS Casnik
United States District Judge